IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
OCT 18 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 16-30115-DRH |
| MARIO L. GORDON, | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 1791(a)(2) and 1791(b)(2). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about July 1, 2016, in Bond County, Illinois, within the Southern District of Illinois,

**MARIO L. GORDON,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a mixture or substance containing AB-FUBINACA, a Schedule I controlled substance; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(2).

A TRUE BILL

*/s/ Robert Garrison*
ROBERT L. GARRISON
Assistant United States Attorney

*/s/ Donald S. Boyce*
DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention